No. 175. THE PEOPLE *v.* ROSADO.—Appeal from the District Court of Ponce. Motion to strike instructions of jury and statement of the case from the record on the ground that they were not approved by the trial judge. Decided May 17, 1909. Motion sustained. *Mr. Rossy* for petitioner. *Mr. José E. Figueras* for respondent.

---

No. 402. THE AMERICAN RAILROAD CO. OF PORTO RICO *v.* QUIÑONES.—Appeal from the District Court of Mayagüez. Motion to stay execution of judgment. Decided May 27, 1910. Motion dismissed. *Mr. F. L. Cornwell* for petitioner. *Messrs. Eduardo Acuña and José E. Figueras* for respondent.

---

No. 27. EX PARTE MEDINA.—Application for writ of *habeas corpus*. Decided June 5, 1909. Case referred to the District Court of Ponce for decision.

---

No. 416. ITURREGUI *v.* FERNÁNDEZ.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided June 8, 1909. Appeal dismissed for failure to comply with section 296 of the Code of Civil Procedure. *Mr. Martínez Quintero* for petitioner. *Mr. Francisco de la Torre* for respondent.

---

No. 419. CUADRA *v.* RÍOS.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided June 8, 1909. Appeal dismissed for failure to comply with section 299 of the Code of Civil Procedure and section 40 of the rules of this court. *Mr. Benítez Castaños* for petitioner. *Mr. Vías Ochoteco* for respondent.